IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CV15 |
| v. ) | |
| ) | **DEFAULT JUDGMENT AND** |
| TWO SUMS OF CURRENCY, $10,000.00, AND ) | **DECREE OF** |
| $269,057.00, AND ONE VEHICLE, A 2004 ) | **FORFEITURE** |
| FORD F150 PICKUP, VIN 1FTRX14W94NA89888, ) | |

      NOW ON THIS 8th day of May, 2009, this matter comes on before the Court upon Plaintiff's Motion for Default Judgment and Decree of Forfeiture against the Defendants and any unknown claimants. Plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendants are not present, neither personally nor through counsel. No Claimants are present, neither personally nor through counsel. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

      1.      A Complaint for Forfeiture was filed herein on January 12, 2009. A Warrant for Arrest in Rem was issued by this Court and was properly executed on the Defendant properties by the United States Marshal.

      2.      Publication of the notice of this action and of the arrest of the Defendant properties was duly made pursuant to Order of this Court dated January 14, 2009.

      3.      On January 30, 2009, William Richardson served with a copy of the Verified Complaint, Notice of Seizure and Procedure and Warrant In Rem by the United States Marshals

Service, as evidenced by Filing No. 9, an Amended Process Receipt and Return

  4.  No person or entity entitled to the Defendant properties has filed a Claim or an Answer to Plaintiff's Complaint within the time fixed by law.

  5.  The Plaintiff's Request to Enter Default was granted by this Court on April <u>17</u>, 2009.

  6.  Plaintiff's Motion for Default Judgment and Decree of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

  A.  The Motion for Default Judgment and Decree of Forfeiture filed by Plaintiff is hereby sustained.

  B.  All right, title or interest in or to the Defendant properties held by any person or entity is hereby forever barred and foreclosed.

  C.  The Defendant properties be and the same hereby are forfeited to the United States of America.

  D.  The Defendant properties shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

            OFFICE OF THE CLERK

            By: s/Amy Brunswick
                Deputy Clerk